## IN THE SUPREME COURT OF PENNSYLVANIA
### MIDDLE DISTRICT

| | |
|---|---|
| STEVEN J. GUZIEWICZ, | : No. 92 MM 2016 |
| Petitioner | : |
| v. | : |
| ASSOCIATE JUDGE THOMAS MUNLEY (COURT OF COMMON PLEAS FOR LACKAWANNA COUNTY), | : |
| Respondent | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 6th day of September, 2016, the Application for Leave to File Original Process and the Application for Leave to Amend are **GRANTED**. The Petition for Writ of Mandamus, as amended, and the "Motion to File Documents (Evidence) Under Seal" are **DENIED**.